# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Susan K. Scholl et al. | Case No. SACV 15-01080 AG (JCGx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Camden Crown Valley | |
| Defendant. | |

The Court enters Judgment for Defendant and against Plaintiffs.

Dated: April 10, 2017

Hon. Andrew J. Guilford
United States District Judge